# Court of Appeals
# of the State of Georgia

ATLANTA,    June 06, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1854.    MARIA MOLINA-SALAS v. FEDERAL HOME LOAN MORTGAGE CORPORATION.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Maria Molina-Salas appealed the magistrate court's decision to superior court, which issued a writ of possession on January 31, 2012. Molina-Salas seeks to appeal this ruling.[1]  We, however, lack jurisdiction.

Because this appeal involves a de novo appeal of a magistrate court ruling, Molina-Salas was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction, and this appeal is therefore DISMISSED.  See id.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/06/2012
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Molina-Salas appealed to the Supreme Court, which transferred the appeal to this Court.